## File Hashes for IP Address 107.9.31.172

**ISP:** Road Runner
**Physical Location:** Dayton, OH

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/02/2014 00:44:38 | 1D2D1C4BFFEDA18BD58CA4759C6E8465D986E27F | In My Living Room |
| 04/29/2014 00:01:37 | 96E4D29C19137FAB23B25D4B24F75F0506F80BCE | Surprise Surprise |
| 04/26/2014 00:09:55 | 3542245478B697421CB83A50CAA80BB4E196A16C | Tantric Massage |
| 04/18/2014 23:54:11 | 382B288F7F7BC34700258E42CB618338478645D7 | Double Tease |
| 04/09/2014 20:05:59 | E3D0ECD62AC239734AF56342913472D0757B4E64 | Not Alone |
| 03/22/2014 22:09:26 | 3F3785621C83506970C108A3A7523EB8C1DAF899 | Sweet Dreamers |
| 03/22/2014 21:24:57 | A1AD1EFC25ECACCAF835F06862CEB5EC40D1289F | Deep Blue Passion |
| 03/16/2014 22:36:20 | 3FCA2DBC6EBBC979581096EDA01FFB60BD23BED5 | Vacation Fantasy |
| 03/05/2014 19:58:57 | B5B43E4DB872B1542BE930D603EE869ECBF0AE6D | Trophy Wife |
| 03/02/2014 19:23:36 | 2A49A45ED898A2E8587E15BD4A83EDE709D66D26 | Sex and Submission |
| 03/01/2014 23:59:36 | DC24C60CA439803518D863C95C11C71AAA535F85 | A Wonderful World |
| 03/01/2014 23:41:57 | 6180EDC9F5AF43240723198CDB7A43ABB2444A8A | Much Needed Vacation |
| 03/01/2014 01:56:43 | 82757EE5781DBA912960230FB84F9584B15C26E9 | Just the Three of Us |
| 02/28/2014 22:24:06 | F734BD2F952A894FB950CC8FA7BBDBF09FED590B | Feeling Frisky |
| 02/27/2014 01:35:08 | 1280C97998F9E374CD981BC6E8D9BD31027A671C | Double Daydreams |
| 02/27/2014 01:21:22 | 736F6750EEFC8618793CE25128DFA565C0AD1E6E | Submissive Seduction |
| 02/27/2014 01:14:16 | A9077805A66929F98F4622D28940C637651671B7 | High School Dropouts |
| 02/07/2014 01:49:05 | 225411BA06B97B0EBC217138030D5E7863FFEBE4 | Risky Business |
| 02/07/2014 01:45:22 | C0624BD9EEFC377EE4EDEB51362EC52876ACFA2B | Get Wild at Home |
| 02/07/2014 01:40:19 | 6B3FEACFCD800C557D423E30C4A2A931898AB934 | So Young |
| 02/05/2014 00:31:35 | 4EAF12772FE00F106FD91610E5325F1BFF87C75A | Three Way is the Best Way |
| 02/05/2014 00:13:15 | 0C6F9543794ABF412665C0D62D8F28937D07DB63 | A Hot Number |

EXHIBIT A

SOH42

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 01/12/2014 08:18:24 | 605E628459306C8B65F8E0C8F655BB7D2656BD35 | Apartment Number Four |
| 01/12/2014 08:06:35 | 450ADE98A8E7F622731ED1F0DA1CBC342A3CBE38 | Model Couple on Vacation |
| 01/12/2014 00:48:25 | 51209AA90644169C9DE5D9B43E025A1F1C2ED9EC | New Romance |
| 01/12/2014 00:10:55 | 3D1E25F6381E29ABC1ACD8D88D6461A378020D29 | Wake Me Up Like This |
| 01/12/2014 00:07:22 | 843EF8526A97A7FAD1D44A326D8920A727F6A1E4 | So Right Its Wrong |
| 01/11/2014 23:26:27 | 24611441049DF8ADF2F98C75A6D9BEFD26E701FF | Oh Mia |
| 01/11/2014 23:24:53 | 90CA238A1DDEC0A42A1062BEC529F5D8D563EE26 | Simply Stunning |
| 01/11/2014 23:21:01 | FD8D5A4540D5DBDD5805FFF477BF699F5920A3F4 | LA Plans |
| 01/11/2014 23:20:41 | 32212E402A6E6D8BE3D162CFCED52061BA1D6825 | And Then There Was You |
| 01/11/2014 23:18:59 | A48FC1FF0458A3CFFF9743B4E2362819BAE5A111 | Many Shades of Grey |
| 01/11/2014 11:03:14 | 00CCE0930D5D4C82C4D3E31D39C1AED9EE06711C | Come Inside From the Cold |
| 01/11/2014 10:44:46 | 3C72C1965FC779FB34231AB4DD79D58BC19A3FC8 | A Perfect Match |
| 01/11/2014 10:31:59 | 36E350AC2A4B2CEEBF3939C8A5154EB2F4EB0A7D | Fantasy Come True |
| 01/11/2014 10:31:20 | F689C016DF7F9CCDD02B4451A0F418C961553105 | Late for Work |
| 01/11/2014 10:30:51 | 0FB294AD524CE15585B79C7002020327B511614A | No Hurry |
| 11/15/2013 21:37:41 | 18D724018B541422125E393D74F0BD6267C87AAF | Undress Me |
| 11/15/2013 21:22:28 | 83835BC56644933438FA45808F1BB968C535B2D5 | Body Language |
| 11/11/2013 09:11:40 | C82F20394FAAFC5199712AF95D0E988552F2EC4B | Bohemian Rhapsody |
| 11/11/2013 08:58:46 | 45DC4C75A52E734324368B98FFA827362758CBB5 | My Naughty Girl |
| 10/15/2013 03:52:24 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 10/15/2013 03:34:56 | 6CC6E846AC9F6069ECFA5C276A3832DB186918BC | They Meet Again |
| 09/28/2013 18:35:48 | C51ECE93C9772D46F5CD94D903BC54303420487A | The Young and the Restless |
| 09/28/2013 18:30:23 | 59448198C43090645093E37289900D8EBB4D4D04 | Veronica Wet Orgasm |

**Total Statutory Claims Against Defendant: 45**

EXHIBIT A

SOH42